IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>EDMON JOHN ISHO,<br><br>             Defendant. | CASE NO.  1:15-CR-00103-DAD-BAM<br><br>**ORDER VACATING TRIAL AND SETTING STATUS CONFERENCE**<br><br>Date: January 20, 2016<br>Time: 8:30 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Edmon John Isho, by and through Preciliano Martinez, his attorney of record, having agreed to Vacate the January 20, 2016 trial in this matter and for setting of a status conference on February 8, 2016 before the Honorable Barbara A. McAuliffe, at 1:00 p.m., and good cause appearing therefore,

IT IS FURTHER ORDERED THAT the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20, 2016 to February 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

/////

Order Continuing Trial

1

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**January 12, 2016**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE