UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMON JOHN ISHO,<br><br>Defendant. | Case No.  1:15-cr-00103-DAD-BAM<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF JURY TRIAL |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius,, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Edmon John Isho, that the Jury Trial date scheduled for October 18,2016 at 1:00pm be vacated and the Jury Trial to be continued to this court's calendar on March 22, 2017 at 1:00pm.

    IT IS FURTHER STIPULATED THAT the ends of justice be served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of October 18, 2016 to March 22, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the

1

defendant in a speedy trial.

Counsel for the defendant is currently engaged in a murder preliminary examination which began October 13, 2015 and was estimated to last two months. It is now anticipated to go into October 2016, which would not allow for adequate preparation.

As the requested date represents the earliest date that counsel is available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, the parties request that time be excluded to and through the date of March 22, 2017, in that failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new date from calculations under the Speedy Trial Act.

The court is advised that counsel have conferred about this request and that they have agreed to the Trial date of March 22, 2017.

Respectfully Submitted,

Dated: September 14, 2016                           /s/ Preciliano Martinez
                                                    Preciliano Martinez
                                                    Attorney for Defendant
                                                    Edmon John Isho

Dated: September 14, 2016                           /s/ Kathleen Servatius
                                                    Kathleen Servatius
                                                    Assistant U.S. Attorney

///

///

///

///

# **ORDER**

Having read and considered the foregoing stipulation, the Jury Trial as to the above named defendant previously set for October 18, 2016, is continued to **March 21, 2017, at 1:00 p.m.** in Courtroom 5 before District Judge Dale A. Drozd. The Trial Confirmation previously set for October 4, 2016, is continued to **March 6, 2017, at 10:00 a.m.** in Courtroom 5 before District Judge Dale A. Drozd. Time is excluded under the Speedy Trial Act for the reasons set forth in the parties' above stipulation. The Court finds that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 14, 2016**                              _/s/ Dale A. Drozd_
                                                             UNITED STATES DISTRICT JUDGE

3