UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMON JOHN ISHO,<br><br>Defendant. | No. 1:15-cr-00103-DAD<br><br>ORDER REFERRING DEFENDANT'S MOTION SEEKING FIRST STEP ACT RELIEF TO FEDERAL DEFENDER'S OFFICE |

On May 1, 2017, defendant Edmon John Isho was sentenced in this action. On May 19, 2020, defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 37.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with the motion for compassionate release.[1] The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion <u>or</u> to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order of the court amending the deadlines, the government shall have 30 days from the

/////

---

[1] Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) are to be included in the CM/ECF's Notice of Electronic Filing in this action.

1

date of the FDO's filing to file a response to defendant's motion.  Any reply shall be filed within fifteen days of the filing of any response by the government.

IT IS SO ORDERED.

Dated: __**May 21, 2020**__      _____
                                 UNITED STATES DISTRICT JUDGE