ANDREW J. FRISCH
(admitted to practice in this Court)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-mail: afrisch@schlamstone.com

Counsel for Defendant,
Edmon John Isho.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00103-DAD-BAM |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| EDMON JOHN ISHO, | |
| Defendant. | **Hon. Dale A. Drozd** |

**ORDER**

Upon consideration of the Defendant's Request to Seal, and after balancing the public right of access to court documents with ensuring the defendant's right to privacy, it is hereby **ORDERED** that Exhibits 4 and 5 to the Reply of Defendant in further support of his motion for compassionate release, which consist of medical records, shall be sealed, and Defendant's personal information at ECF Dkt. 42, described in Defendant's Request to Seal, shall be redacted as requested by Defendant. The Clerk of Court is directed to make no public docket entry of the sealed documents and to provide copies of all sealed documents only to the parties, and to replace ECF Dkt. 42 with a properly redacted version of the same document.

IT IS SO ORDERED.

Dated: __October 13, 2020__     _____
UNITED STATES DISTRICT JUDGE