UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDMON JOHN ISHO,<br><br>　　　　Defendant. | No. 1:15-cr-00103-NODJ<br><br>ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION TO BOP AS MOOT AND CLOSING CASE<br><br>(Doc. No. 69) |

    Defendant Edmon John Isho was sentenced in this case back on May 4, 2017, to the custody of the U.S. Bureau of Prisons (BOP). (Doc. No. 36.) Post-sentencing motions filed by, or on behalf of, defendant were denied. (Doc. Nos. 64, 67.) On April 11, 2022, defendant Isho filed a pro se motion for a judicial recommendation to the BOP that he be designated to serve the remainder of his sentence at a Residential Reentry Center (RCC). (Doc. No. 69.) The previously closed case was thereafter reassigned twice and the pending motion has just come to the court's attention. However, a review of the BOP's inmate locator (https://www.bop.gov/inmateloc//) reveals that defendant Isho was released from BOP custody on November 9, 2023.

    Accordingly, defendant's motion for a judicial recommendation (Doc. No. 69) is denied as moot and the Clerk of the Court is directed to again close this case.

IT IS SO ORDERED.

Dated:　**January 3, 2024**　　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1