CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for EDMON ISHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

EDMON ISHO,

     Defendant.

Case No.: 1:15-cr-00103 DAD

STIPULATION AND ORDER
VACATING ADMIT/DENY HEARING

DATE:   April 20, 2026
TIME:   9:30 a.m.
JUDGE:  Hon. Dale A. Drozd

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Edmon Isho, that the admit/deny hearing currently scheduled for April 20, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on May 4, 2026, at 9:30 a.m.  Defense counsel requires additional time to confer with Mr. Isho.  In addition, defense counsel is unavailable on the currently-scheduled hearing date.  US Probation was consulted on the requested date.

//

//

//

//

04/13/26

DATED:    April 13, 2026        /S/    Robert Abendroth
                                MICHELE BECKWITH
                                Acting United States Attorney
                                by ROBERT ABENDROTH
                                Attorney for Plaintiff

DATED:    April 13, 2026        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Edmon Isho


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing in the above-entitled matter, scheduled for April 20, 2026, at 9:30 a.m., is vacated and the matter continued for admit/deny hearing on May 4, 2026, at 9:30 a.m.


IT IS SO ORDERED.

Dated:   **April 13, 2026**        _____
                                   DALE A. DROZD
                                   UNITED STATES DISTRICT JUDGE

04/13/26