§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 8, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDMON JOHN ISHO,

    Defendant.

Case No.  1:15-CR-00103-DAD-1

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDMON JOHN ISHO, Case No.

1:15-CR-00103-DAD-1 , Charge Title 18 U.S.C. § 3606, from custody for the following

reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Corporate Surety Bail Bond

  X   _____ (Other):  The Court sentenced the defendant to a term of

    _____ imprisonment of time served.

Issued at Sacramento, California on June 8, 2026, at ____11 : 15____ a.m

By: _____*Dale A. Drozd*_____

District Judge Dale A. Drozd